# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ELIZABETH MCGUIRE, | ) |
| | ) **CIVIL ACTION** |
| Plaintiff, | ) **File No. 1:21-cv-00954-MHC-JKL** |
| | ) |
| v. | ) |
| | ) |
| THE KROGER CO., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Elizabeth McGuire ("Plaintiff") and Defendant the Kroger Co. ("Defendant"), by counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and hereby stipulate that the above-styled action should be dismissed in its entirety with prejudice. Plaintiff and Defendant agree to bear their own attorneys' fees and costs associated with this action.

Respectfully submitted this 15th day of December, 2021.

| | |
|---|---|
| */s/ Edward D. Buckley* | */s/ David L. Barron* |
| Edward D. Buckley | Danielle C. Le Jeune |
| GA Bar No. 092750 | Georgia Bar No. 134222 |
| edbuckley@buckleybeal.com | dlejeune@cozen.com |
| Alessandra T. Palazzolo | |
| GA Bar No. 485399 | **COZEN O'CONNOR** |
| apalazzolo@buckleybeal.com | 1230 Peachtree Street, N.E. |
| | The Promenade, Suite 400 |
| **BUCKLEY BEAL LLP** | Atlanta, GA 30309 |
| 600 Peachtree Street NE, Suite 3900 | Telephone: (404) 572-2050 |
| Atlanta, GA 30308 | Facsimile: (404) 287-0265 |

Tel: (404) 781-1100
Fax: (404) 781-1101

*Counsel for Plaintiff*

David L. Barron
*Pro hac vice*
dbarron@cozen.com
Nandini K. Sane
*Pro hac vice*
nsane@cozen.com

**COZEN O'CONNOR**
1221 McKinney Street, Suite 2900
Houston, TX 77010
Telephone: (713) 750-3132
Facsimile: (832) 214-3905

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ELIZABETH MCGUIRE, | ) |
| | ) **CIVIL ACTION** |
| Plaintiff, | ) **File No. 1:21-cv-00954-MHC-JKL** |
| | ) |
| v. | ) |
| | ) |
| THE KROGER CO., | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record:

Respectfully submitted, this 15th day of December, 2021

*/s/ Edward D. Buckley*
Edward D. Buckley
GA Bar No. 092750